**EXHIBIT 1:** PHOTOGRAPH# 1



**EXHIBIT 1:** PHOTOGRAPH# 2



**EXHIBIT 1:** PHOTOGRAPH# 3

