**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://rubic.us/posylochnye-piraty-vyhodyat-na-ohotu-odin-iz-nih-dazhe-ostavil-na-kryltse-blagodarstvennoe-pismo/



**EXHIBIT 2:** INFRINGEMENT# 2

URL: https://rubic.us/posylochnye-piraty-vyhodyat-na-ohotu-odin-iz-nih-dazhe-ostavil-na-kryltse-blagodarstvennoe-pismo/



**EXHIBIT 2:** INFRINGEMENT# 3

URL: https://rubic.us/posylochnye-piraty-vyhodyat-na-ohotu-odin-iz-nih-dazhe-ostavil-na-kryltse-blagodarstvennoe-pismo/

