**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 1

URL: https://nypost.com/2019/12/14/brooklyn-man-says-his-low-tech-invention-thwarts-package-pirates/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 2

URL: https://nypost.com/2019/12/14/brooklyn-man-says-his-low-tech-invention-thwarts-package-pirates/





**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 3

URL: https://nypost.com/2019/12/14/brooklyn-man-says-his-low-tech-invention-thwarts-package-pirates/



admiring the decorated demo that sits outside his three-family brownstone.

There are no bells and whistles. The container looks like a cross between a podium, wood chipper and arcade game.

"I don't promote these as a fine piece of furniture. They are functional. Like a garbage can." James says.



Passerby Winfield Harrell looks into the "Bob box."
Helayne Seidman

The primitive poacher-proof box stands about 6-feet high, weighs about 125 pounds and can be chained to a fence.

Some of the negative feedback is that the box is an eyesore, and it is too expensive.

James defends the $199 price tag, explaining that each Bob Box costs him $85-$90 in materials (from Home Depot or Lowe's) and construction takes him a day and a half.

The box is made out of plywood and pressure-treated lumber for the legs. James uses acrylic latex paint.

The former DJ who gets the gift of gab from his 91-year-old dad KK, takes to the streets of Brooklyn with