UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-21348-DPG

HELAYNE SEIDMAN,

    Plaintiff,

v.

RUBIC, LLC,

    Defendant.

## NOTICE OF APPEARANCE AS COUNSEL

Please take notice that James M. Slater of Slater Legal PLLC appears as counsel on behalf of Defendant Rubic, LLC. The certificate of service for all pleadings, orders, and other papers in this action should include James M. Slater at Slater Legal PLLC, 9000 Dadeland Boulevard #1500, Miami, Florida 33156 and james@slater.legal.

Dated: April 10, 2025.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd #1500
Miami, Florida 33156
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Defendant Rubic, LLC*