UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-21348-DPG

HELAYNE SEIDMAN,

    Plaintiff,

v.

RUBIC, LLC,

    Defendant.

## DEFENDANT RUBIC, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rubic, LLC hereby states that it is a privately held limited liability company with no parent company. No publicly held corporation owns 10 percent or more of its interest.

Dated: June 5, 2025.

                                            Respectfully submitted,

                                            **James M. Slater**
                                            James M. Slater (FBN 111779)
                                            Slater Legal PLLC
                                            9000 Dadeland Blvd #1500
                                            Miami, Florida 33156
                                            Tel.: (305) 523-9023
                                            james@slater.legal

                                            *Attorneys for Defendant Rubic, LLC*