```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: James Murray Slater (2896711420@filings.docketbird.com,
ipdocket@esca.legal, james@esca.legal, james@slater.legal, jslater@recap.email,
litigation@esca.legal), Craig B Sanders (csanders@sanderslaw.group, ecf-fl@sanderslaw.group,
ecf@sanderslaw.group), Judge Darrin P. Gayles (gayles@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<25648865@flsd.uscourts.gov>
Subject:Activity in Case 1:25-cv-21348-DPG Seidman v. RUBIC LLC Order on Motion to Dismiss
for Failure to State a Claim
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/1/2025 at 4:52 PM EDT and filed on 7/1/2025
**Case Name:**      Seidman v. RUBIC LLC
**Case Number:**    1:25-cv-21348-DPG
**Filer:**
**WARNING: CASE CLOSED on 07/01/2025**
**Document Number:** 10(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting [8] Motion to Dismiss. The Plaintiff failed to timely respond to the Defendant's Motion to Dismiss. Therefore, this case is dismissed without prejudice and shall be administratively closed. Signed by Judge Darrin P. Gayles on 7/1/2025. (skz)**

**1:25-cv-21348-DPG Notice has been electronically mailed to:**

Craig B Sanders     csanders@sanderslaw.group, ecf@sanderslaw.group, ecf-fl@sanderslaw.group

James Murray Slater     james@slater.legal, 2896711420@filings.docketbird.com, ipdocket@esca.legal, james@esca.legal, jslater@recap.email, litigation@esca.legal

**1:25-cv-21348-DPG Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**